# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00006-DAD-BAM |
|---|---|
| Plaintiff, | ORDER DELAYING DEFENDANT'S RELEASE UNTIL MONDAY, FEBRUARY 1, 2006 AT 9:00 A.M. |
| v. | |
| FRANKIE RIVERA, | |
| Defendant. | |

Defendant Frankie Rivera was previously ordered released earlier today in the above-listed matter on his personal recognizance with Pretrial Services' supervision and special conditions of release. However, shortly after the order of release was issued, an unknown incident occurred at the Fresno County Jail, wherein the facility was placed on lock-down, causing no inmates to be released or any incoming prisoners to be accepted into the facility.

Accordingly, it is HEREBY ORDERED that:

1. Frankie Rivera's previous order of release shall be delayed until Monday, February 1, 2016, at 9:00 a.m.
2. Upon his release, Mr. Rivera shall report immediately to Pretrial Services in Fresno, California, to establish supervision.
3. This is order has been made for the safety and security of not only the defendant, the pretrial services officer, but also the community as a whole. Defense counsel

has been notified of this order by Pretrial Services.

IT IS SO ORDERED.

Dated:   **January 29, 2016**

_____
UNITED STATES MAGISTRATE JUDGE