# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKIE RIVERA,<br><br>　　　　　Defendant. | Case No. 1:16-cr-00006-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY RELEASE<br><br>(ECF No. 25) |

On March 3, 2016, defendant Frankie Rivera filed a motion for temporary release to attend a funeral. (ECF No. 25.) A hearing on the motion was held on March 8, 2016. (ECF No. 26.) Kim Sanchez appeared for the Government and Victor Chavez appeared with defendant Rivera at the March 8 hearing. (Id.)

As an initial matter, the Bail Reform Act (18 U.S.C. § 3142, et seq.) provides no authority for the court to adjudicate a defendant's temporary release after a defendant has been ordered detained pursuant to the Act. Accordingly, any ability of this Court to decide the matter would fall within the discretion of the Court's inherent authority. Based upon the facts and circumstances presented in this case, the Court will exercise its discretionary inherent authority and decide the defendant's motion.

/ / /

/ / /

1  For the reasons stated on the record at the March 8, 2016 hearing, defendants' motion for
2 temporary release is HEREBY DENIED.

3
4 IT IS SO ORDERED.

5 Dated:  **March 10, 2016**

UNITED STATES MAGISTRATE JUDGE