HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

DEC 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKIE RIVERA, <br><br> Defendant. | Case No. 1:16-cr-00006-1 DAD-BAM <br><br> **APPLICATION AND [PROPOSED] ORDER APPOINTING** *Ad Hoc* **CJA PANEL COUNSEL** |

Defendant, Frankie Rivera, through the Federal Defender for the Eastern District of California, hereby requests appointment of *Ad Hoc* CJA counsel, Victor Chavez, for assistance in seeking modification of his conditions of release. On January 13, 2016, Assistant Federal Defender Victor Chavez, was previously appointed to represent Mr. Rivera on his underlying case. This request is being submitted for consistency of representation.

On May 5, 2019, Mr. Rivera's term of supervised release was revoked and sentenced on CHARGE 1 as follows- Custody 9 months. Any previously imposed criminal monetary penalties unpaid remain in effect. S/R 27 months with standard and special conditions (incorporated by reference) and is serving his sentence. Mr. Rivera is soon to be released from custody and wishes to seek modification of his conditions of release.

Therefore, since Mr. Rivera is still in custody and remains indigent, it is respectfully recommended that *Ad Hoc* CJA counsel, Victor Chavez, be appointed to assist him in this regard.

Dated: December 11, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints *Ad Hoc* CJA Counsel, Victor Chavez, pursuant to 18 U.S.C. § 3006A.

Dated: December 12, 2019

_____
HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE