UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANKIE RIVERA.,<br><br>　　　　　Defendant. | 1:16-cr-00006-DAD<br><br>ORDER RE: MODIFICATION OF SUPERVISED RELEASE CONDITION |

　　　　On April 22, 2020, defendant Rivera moved to modify the conditions of his supervised release; specifically Special Condition No. 8 which prohibits him from having contact with the identified individual, his former girlfriend with whom he has previously resided, without the permission of his probation officer.

　　　　The court has communicated informally by email with the government and the supervising probation officer to determine whether a hearing on the defense motion was necessary and has determined that it is not.  The government has deferred to probation's judgment with respect to defendant's request and the probation officer has no objection to the modification under the circumstances in light of the former girlfriend's agreement and knowledge of defendant's history and situation.

　　　　Accordingly, defendant Rivera's motion for modification of the special conditions of his supervised release will be granted, Special Condition No. 8 prohibiting his contact with the listed individual without the prior permission of his probation officer is lifted, any new residence must

be approved by defendant's supervising probation officer prior to defendant making a change in his residence and the defendant is therefore directed to contact his supervising probation officer to make arrangements for probation to conduct a virtual home inspection of his girlfriend's residence to ensure that it is appropriate for that purpose. All other previously imposed conditions of supervised release remain in full force and effect.

IT IS SO ORDERED.

Dated:  **April 29, 2020**

UNITED STATES DISTRICT JUDGE